IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SANDRA J. ROBERTS, | ) CIVIL NO. 07-00391 DAE-KSC |
| | ) |
| Plaintiff, | ) FINDINGS AND |
| | ) RECOMMENDATION TO DENY |
| vs. | ) PLAINTIFF'S MOTION FOR |
| | ) DEFAULT JUDGMENT |
| THE CITY AND COUNTY OF HONOLULU, a Municipal Corporation; GARRETT Y. OGAWA; WAYNE K. OSHIRO; CHARLES WOODWARD; LAVERNE HIGA; JEFF COELHO; MUFI HANNEMANN; JOHN DOES 1-10; JANE DOES 1-10; Individually, and as Employees of the Department of the CITY AND COUNTY OF HONOLULU; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10, | ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) ) |
| _____ | ) |

FINDINGS AND RECOMMENDATION TO DENY PLAINTIFF'S MOTION
<u>FOR DEFAULT JUDGMENT</u>

On July 24, 2007, Plaintiff Sandra J. Roberts ("Plaintiff"), proceeding *pro se*, filed a Complaint against Defendants City and County of Honolulu, et al. ("Defendants"). On July 26, 2007, Plaintiff filed a

Summons and Return of Service, but failed to include a receipt of mailing. On August 29, 2007, Plaintiff filed a Motion for Default Judgment ("Motion").

Pursuant to Local Rule 7.2(d) of the Local Rules of the United States District Court for the District of Hawaii, the Court finds this Motion suitable for disposition without a hearing.

Before the Court can grant a motion for default judgment, the Clerk must first enter default. See Fed. R. Civ. P. 55. The Clerk has not entered default in this case. Accordingly, the Court FINDS and RECOMMENDS that Plaintiff's Motion be DENIED without prejudice.

IT IS SO FOUND AND RECOMMENDED.

Dated:  Honolulu, Hawaii, September 4, 2007.



_____
Kevin S.C. Chang
United States Magistrate Judge

CIVIL 07-00391 DAE-KSC.  SANDRA J. ROBERTS v. THE CITY AND COUNTY OF HONOLULU, et al.; FINDINGS AND RECOMMENDATION TO DENY PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT