IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| SANDRA J. ROBERTS, | ) | CIVIL 07-00391DAE-KSC |
| Plaintiff, | ) | |
| vs. | ) | |
| THE CITY AND COUNTY OF HONOLULU, a Municipal Corporation; et al., | ) | |
| Defendants. | ) | |

ORDER ADOPTING MAGISTRATE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on September 4, 2007, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation to Deny Plaintiff's Motion for Default Judgment," are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, September 20, 2007.

_____
David Alan Ezra
United States District Judge